

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2020

No. 04-19-00332-CV

Lee B.**WHEELER**, Trustee of the L&P Children's Trust and Nancy Wheeler Plumlee,
Appellants

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.**,
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0027-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

Appellants' reply brief was due on March 5, 2020.  *See* TEX. R. APP. P. 38.6(c).  After we granted two previous motions for extensions of time to file the reply brief, Appellants' brief was due on April 20, 2020.  Before the latest due date, Appellants filed an unopposed third motion for a seven-day extension of time to file the reply brief.

Appellants' motion is GRANTED.  Appellants' reply brief is due on April 27, 2020.  *See id.* R. 38.6(d).

It is so **ORDERED** on April 17, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT